**BOARD OF EDUCATION**
MASSAPEQUA UNION FREE SCHOOL DISTRICT
TOWN OF OYSTER BAY
MASSAPEQUA, NY 11758

PAY DATE: 09/30/2016            DIRECT DEPOSIT ADVICE            NO. 199664

| EMPLOYEE NAME | EMPLOYEE NO. | BLDG | CONTRACT | RETIREMENT | FEDERAL | STATE | CITY |
|---|---|---|---|---|---|---|---|
| LISA SIMMS | 9062 | 03 | $ 38,524.00 | ERS 60302213 | M03 | S00 | X |

### HOURS AND EARNINGS

| DESC | BUDGET CODE | UNITS | EARNINGS | FISCAL YTD |
|---|---|---|---|---|
| CONTRACT | A202016717 | | $ 1481.69 | $ 10371.83 |
| | | CAL YTD | NET | GROSS |
| | | $ 31476.80 | $ 1122.97 | $ 1481.69 |

### TAXES AND DEDUCTIONS

| DESC | CURRENT | CAL YTD |
|---|---|---|
| FICA.. | $ 91.06 | $ 1935.43 |
| MEDI.. | $ 21.30 | $ 452.72 |
| FWT... | $ 55.31 | $ 1494.15 |
| SWT... | $ 58.58 | $ 1320.02 |
| CITY.. | | |
| EIC... | | |
| *DENMTFA | $ 13.02 | $ 260.37 |
| ERS.... | $ 44.45 | $ 862.87 |
| TSAEQUIT | $ 75.00 | $ 1075.00 |

**ALL EMPLOYEES ARE ELIGIBLE TO PARTICIPATE IN THE SCHOOL DISTRICT SPONSORED 403B AND 457 TAX SHELTER ANNUITY PROGRAMS. PLEASE CALL THE PAYROLL DEPARTMENT AT EXTENSION 5025 FOR MORE INFORMATION.**

──────── REMOVE DOCUMENT ALONG THIS PERFORATION ────────

**THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.**

BOARD OF EDUCATION
MASSAPEQUA UNION FREE SCHOOL DISTRICT
TOWN OF OYSTER BAY
MASSAPEQUA, NY 11758

JPMorgan Chase Bank, N.A.
Brooklyn, NY

**No. 199664**

Date: 09/30/2016                               1-2/210
**PAYROLL**

PAY  *VOID* *VOID* *VOID* *VOID* *VOID* *VOID* *VOID* *VOID*            $********0.00

TO THE ORDER OF  **LISA SIMMS**
**85 WALKER ST**
**MASSAPEQUA PARK, NY 11762**

**DEPOSIT ADVICE ONLY**
**NON-NEGOTIABLE**

**BOARD OF EDUCATION**
MASSAPEQUA UNION FREE SCHOOL DISTRICT
TOWN OF OYSTER BAY
MASSAPEQUA, NY 11758

PAY DATE: 09/16/2016          DIRECT DEPOSIT ADVICE          NO. 198397

| EMPLOYEE NAME | EMPLOYEE NO. | BLDG | CONTRACT | RETIREMENT | FEDERAL | STATE | CITY |
|---|---|---|---|---|---|---|---|
| LISA SIMMS | 9062 | 03 | $ 38,524.00 | ERS 60302213 | M03 | S00 | X |

### HOURS AND EARNINGS

| DESC | BUDGET CODE | UNITS | EARNINGS | FISCAL YTD |
|---|---|---|---|---|
| CONTRACT | A202016717 |  | $ 1481.69 | $ 8890.14 |

### TAXES AND DEDUCTIONS

| DESC | CURRENT | CAL YTD |
|---|---|---|
| FICA.. | $ 91.06 | $ 1844.37 |
| MEDI.. | $ 21.30 | $ 431.42 |
| FWT... | $ 55.31 | $ 1438.84 |
| SWT... | $ 58.58 | $ 1261.44 |
| CITY.. |  |  |
| EIC... |  |  |
| *DENMTFA | $ 13.02 | $ 247.35 |
| ERS.... | $ 44.45 | $ 818.42 |
| TSAEQUIT | $ 75.00 | $ 1000.00 |

| CAL YTD | NET | GROSS |
|---|---|---|
| $ 29995.11 | $ 1122.97 | $ 1481.69 |

ALL EMPLOYEES ARE ELIGIBLE TO PARTICIPATE IN THE SCHOOL DISTRICT SPONSORED 403B AND 457 TAX SHELTER ANNUITY PROGRAMS. PLEASE CALL THE PAYROLL DEPARTMENT AT EXTENSION 5025 FOR MORE INFORMATION.

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

**BOARD OF EDUCATION**
MASSAPEQUA UNION FREE SCHOOL DISTRICT
TOWN OF OYSTER BAY
MASSAPEQUA, NY 11758

JPMorgan Chase Bank, N.A.
Brooklyn, NY

No. 198397

Date: 09/16/2016
PAYROLL

1-2/210

PAY  VOID VOID VOID VOID VOID VOID VOID VOID          $*********0.00

TO THE ORDER OF  LISA SIMMS
85 WALKER ST
MASSAPEQUA PARK, NY 11762

**DEPOSIT ADVICE ONLY**
**NON-NEGOTIABLE**

**BOARD OF EDUCATION**
MASSAPEQUA UNION FREE SCHOOL DISTRICT
TOWN OF OYSTER BAY
MASSAPEQUA, NY 11758

PAY DATE: 10/14/2016          DIRECT DEPOSIT ADVICE                    NO. 201116

| EMPLOYEE NAME | EMPLOYEE NO. | BLDG | CONTRACT | RETIREMENT | FEDERAL | STATE | CITY |
|---|---|---|---|---|---|---|---|
| LISA SIMMS | 9062 | 03 | $ 38,524.00 | ERS 60302213 | M03 | S00 | X |

### HOURS AND EARNINGS

| DESC | BUDGET CODE | UNITS | EARNINGS | FISCAL YTD |
|---|---|---|---|---|
| CONTRACT | A202016717 | | $ 1481.69 | $ 11853.52 |

### TAXES AND DEDUCTIONS

| DESC | CURRENT | CAL YTD |
|---|---|---|
| FICA.. | $ 91.06 | $ 2026.49 |
| MEDI.. | $ 21.30 | $ 474.02 |
| FWT... | $ 55.31 | $ 1549.46 |
| SWT... | $ 58.58 | $ 1378.60 |
| CITY.. | | |
| EIC... | | |
| SECDUES. | $ 63.54 | $ 635.40 |
| *DENMTFA | $ 13.02 | $ 273.39 |
| ERS. | $ 44.45 | $ 907.32 |
| TSAEQUIT | $ 75.00 | $ 1150.00 |

| CAL YTD | NET | GROSS |
|---|---|---|
| $ 32958.49 | $ 1059.43 | $ 1481.69 |

ALL EMPLOYEES ARE ELIGIBLE TO PARTICIPATE IN THE SCHOOL DISTRICT SPONSORED 403B AND 457 TAX SHELTER ANNUITY PROGRAMS. PLEASE CALL THE PAYROLL DEPARTMENT AT EXTENSION 5025 FOR MORE INFORMATION.

――――― REMOVE DOCUMENT ALONG THIS PERFORATION ―――――

**THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.**



**BOARD OF EDUCATION**
MASSAPEQUA UNION FREE SCHOOL DISTRICT
TOWN OF OYSTER BAY
MASSAPEQUA, NY 11758

JPMorgan Chase Bank, N.A.
Brooklyn, NY

No. 201116

Date: 10/14/2016
PAYROLL

1-2/210

PAY  VOID VOID VOID VOID VOID VOID VOID VOID            $**********0.00

TO THE ORDER OF  LISA SIMMS
85 WALKER ST
MASSAPEQUA PARK, NY 11762

**DEPOSIT ADVICE ONLY**
**NON-NEGOTIABLE**